IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | NO. 3:10-cr-00260 |
| ) | JUDGE HAYNES |
| v. ) | |
| ) | |
| ABDIFATAH SHARIF OMAR, ) | |
| MOHAMED SHARIF OMAR, ) | |
| ) | |
| Defendants. ) | |

## ORDER

In accordance with the Memorandum filed herewith, the Government's motion to detain Defendant Abdifatah Sharif Omar (Docket Entry No. 90) is **GRANTED** and the Order granting his release is **SET ASIDE**. Defendant Abdifatah Sharif Omar is hereby **DETAINED**, subject to the provisions of 18 U.S.C. § 3142(i). The Government's motion to detain Defendant Mohamed Sharif Omar (Docket Entry No. 92) is **GRANTED** and the Order granting his release is **SET ASIDE**. Defendant Mohamed Sharif Omar is hereby **DETAINED**, subject to the provisions of 18 U.S.C. § 3142(i).

It is so **ORDERED**.

ENTERED this the 14th day of March, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge

1