UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:10-00260-22 JUDGE HAYNES |
| ABDIFATAH SHARIF OMAR, | ) ) ) | |
| Defendant. | ) ) | |

O R D E R

In accordance with the Memorandum filed herewith, Defendant's motion to reconsider the Court's Detention Order and reopen the detention hearing (Docket Entry No. 791) is **GRANTED**, but the Order of detention (Docket Entry No. 540) is **AFFIRMED**.

It is so **ORDERED**.

**ENTERED** this the 22nd day of November, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge