| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:10-00260-22 |
| ) | Judge Haynes |
| ) | |
| ABDIFATAH SHARIF OMAR ) | |

**MOTION OF ABDIFATAH SHARIF OMAR FOR LEAVE TO JOIN CODEFENDANTS'
RESPONSES TO TRIAL PROCEDURES ANNOUNCED AT
THE HEARING OF JANUARY 6, 2012**

**COMES NOW** the Defendant, **Abdifatah Sharif Omar**, by and through his undersigned counsel, and moves to join the responses filed by co-defendants Fuad Faisal Nur (Docket Entry 1157), and Musse Ahmed Ali (Docket Entry 1162) in this case to proposed trial procedures announced by the Court at the January 6, 2012 hearing, for all the reasons stated in those responses.

Respectfully submitted,

TUNE, ENTREKIN & WHITE, P.C.
Suite 1700, Regions Center
315 Deaderick St.
Nashville, Tennessee 37238
(615) 244-2770

BY: s:/ Peter J. Strianse
   PETER J. STRIANSE