| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:10-00260-22 |
| ) | Judge Haynes |
| ) | |
| ABDIFATAH SHARIF OMAR ) | |

## MOTION OF ABDIFATAH SHARIF OMAR TO CONTINUE DETENTION HEARING

*[Handwritten annotation: GRANTED. The motion is granted. The hearing will be reset by separate order. /s/ 6-22-12]*

**COMES NOW** the Defendant, **Abdifatah Sharif Omar**, by and through his undersigned counsel, and respectfully requests that this Honorable Court enter an Order continuing the hearing on the Defendant's motion to reopen the detention hearing (Docket Entry 2571) from Monday, June 25, 2012 at 4:00 p.m. to a later date convenient to the Court and counsel. In support hereof, Defendant states as follows:

1. The hearing on the Defendant's motion was originally scheduled for June 22, 2012 at 3:30 p.m. (Docket Entry 2759). However, the government had a conflict with that date and the Court rescheduled the hearing for Monday, June 25, 2012 at 4:00 p.m. (Docket Entry 2591).

2. Undersigned counsel begins the trial of a State criminal case in the Criminal Court for Davidson County on Monday, June 25, 2012. This State criminal jury trial obviously conflicts with the current setting of the *Omar* motion.

**WHEREFORE**, based on the foregoing, Defendant Omar respectfully requests that this Honorable Court enter an Order continuing the hearing on the Defendant's motion to reopen the