UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ORDER:

A hearing on this motion is scheduled for December 3, 2014, at 10:00 A.M.

/s/ John Bryant
USMJ

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 3:10-00260 |
| v. ) | |
| [22] ABDIFATAH SHARIF OMAR ) | JUDGE HAYNES |
| a/k/a "BRITISH" ) | |
| a/k/a "PINKY" ) | |

## UNITED STATES' MOTION TO REVOKE DEFENDANT'S BOND AND FOR DEFENDANT TO BE DETAINED

COMES NOW the United States of America, by and through the undersigned, and respectfully requests the Court revoke defendant Abdifatah Omar's [22] bond and that defendant be remanded to the custody of the United States Marshals. The United States' request incorporates docket entry 3631 as if fully set forth herein in support of this motion.

Respectfully submitted,

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee

s/ *Van S. Vincen*
VAN S. VINCENT
Assistant United States Attorney
110 Ninth Avenue South
Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615/736-5151

1